**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |
|---|---|
| **SHARQAWI ABDU ALI AL-HAJJ** | ) |
| **(ISN 1457)** | ) |
|  | ) |
| **Petitioner,** | ) |
|  | ) **Civil Action No. 09-745 (RCL)** |
| **v.** | ) |
|  | ) |
| **BARACK OBAMA,** *et al.*, | ) |
|  | ) |
| **Respondents.** | ) |
|  | ) |

_____

## ORDER

Before the Court is respondents' Consent Motion for Enlargement of Time Within Which to File an Amended Factual Return [1536]. Respondents request a 30-day enlargement of time within which to file their amended factual return as required by this Court's May 23, 2011 Order [1530]. It is hereby

ORDERED that respondents' Consent Motion [1536] is GRANTED, and that respondents shall have an additional 30 days, up to and including July 22, 2011, within which to file their amended factual return.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on June 22, 2011.